**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JAKELINE LUMUCSO
    Reg. No. 73809-018

      Petitioner,

v.                            Case No. 5:22cv192/TKW/MJF

WARDEN, FCI MARIANNA

      Respondent.

_____/

## REPORT AND RECOMMENDATION

On September 15, 2022, the undersigned ordered Petitioner to submit two complete and identical copies of her petition for writ of habeas corpus and supporting documents. Doc. 6. She was to provide the copies on or before October 13, 2022. Doc. 6. That deadline passed, and Petitioner did not submit the service copies of the petition.

On October 17, 2022, the undersigned entered an Order to Show Cause why this case should not be dismissed for Petitioner's failure to comply with a court order. The order provided that the show cause order would be discharged if Petitioner complied with the September 15, 2022 order within the time period provided, either by submitting two service copies as previously instructed or remitting $34.00 to cover the cost of the Clerk making two copies of the petition, memorandum, exhibits and medical records for her. Petitioner was warned that failure to comply would

result in a recommendation of dismissal of this case. Notwithstanding this admonition, Petitioner still has not responded.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner has failed to comply with Court orders necessary for the continuation of her case, her petition should be dismissed without prejudice.

For the reasons set forth above, the undersigned respectfully **RECOMMENDS** that the District Court:

1.    **DISMISS** Petitioner Lumucso's petition under 28 U.S.C. § 2241 without prejudice.

2.    **DIRECT** the clerk of the court to close the case file.

At Pensacola, Florida, this 3rd day of November, 2022.

/s/ *Michael J. Frank*

**Michael J. Frank**
**United States Magistrate Judge**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**